ORIGINAL   ④

FILED
CLERK, U.S. DISTRICT COURT
AUG 16 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 Global Communications, Inc. & Catch Curve, Inc.<br><br>Plaintiff(s),<br>v.<br><br>Miranda, Inc.<br><br>Defendant(s). | CASE NUMBER:<br><br>CV 05-5300 CBM (FMOx)<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 224<br>( Related Cases) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

8-12-05                    _Dean D. Pregerson_
Date                          United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

Date                          United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____CV 04-1172 DDP (AJWx)_____ and the present case:

☒ A.  Arise from the same or closely related transactions, happenings or events; or
☒ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☒ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____Olguin_____ to Magistrate Judge _____Wistrich_____.

On all documents subsequently filed in this case, please substitute the initials ___DDP (AJWx)___ after the case number in place of the initials of the prior judge, so that the case number will read ___CV 05-5300 DDP (AJWx)___. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☒ Western  ☐ Southern  ☐ Eastern Division.

Subsequent documents must be filed at the ☒ Western  ☐ Southern  ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

CV-34 (07/05)      ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)

AUG 11 2005                    ENTERED ON CM 8/16/05